

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00224-CV

## IN THE INTEREST OF L.D.R., A CHILD

**From the County Court at Law**
**Bosque County, Texas**
**Trial Court No. CV16151**

## MEMORANDUM OPINION

S.W.R., Jr. appeals from an order terminating his parental rights to L.D.R. signed on July 5, 2017. We abated this appeal to the trial court on December 27, 2017 to determine why no brief had been filed. When the Court had not been informed of the results of the abatement hearing within the time period specified in the abatement order, the Clerk of this Court, by letter dated January 18, 2018, requested a status report from S.W.R., Jr. within 14 days of the date of the letter. S.W.R., Jr. was warned in the same letter that the failure to provide a status report as requested would result in the dismissal of the appeal without further notice for failure to comply with an order or a notice from the Clerk. *See* TEX. R. APP. P. 42.3(c). More than 14 days have passed, and S.W.R., Jr. has failed to

provide a status report.

Accordingly, this appeal is reinstated and dismissed.  *Id.*

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing.  TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007).  S*ee also* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. §§ 51.207(b); 51.208; § 51.941(a) (West 2013).  Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case.  TEX. R. APP. P. 2.  The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Appeal reinstated
Appeal dismissed
Opinion delivered and filed February 14, 2018
[CV06]

